# LAW OFFICES OF
# THOMAS T. BOOTH, JR., LLC

THOMAS T. BOOTH, JR. ◊

◊ Member of NJ & PA Bars

129 WEST EVESHAM ROAD
VOORHEES, NEW JERSEY 08043
Tel: (856) 354-6060
Fax: (856) 354-6033

email: BoothLaw@comcast.net

June 2, 2010

**Via ECF**
Hon. Faith S, Hochberg, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Courthouse
50 Walnut Street, Room 2060
Newark, New Jersey 07101

   **RE:** **Vitaquest International, L.L.C. v. Cyberwize.com, Inc.**
      **Docket No.:   2:10-cv-00253-FSH-PS**

Dear Judge Hochberg:

  I represent Plaintiff in the above action. Your Honor has directed Plaintiff move this case on or before June 3, 2010 or risk dismissal on June 14, 2010.

  I write to advise that the parties are engaging in active settlement discussions, involving the principals of the parties themselves. The terms of the proposed settlement are likely to be unconventional (i.e. not necessarily involve an exchange of money, but rather may involve promise of future business). As such, settlement may require an longer than usual negotiation process.

  In the interim, the parties jointly propose extending the time for Defendant to answer through July 1, 2010 to allow for a thorough exploration of the possibility of settlement. Moreover, I will be on active duty with the U.S. Army Reserves attending Command and General Staff College from June 14 through June 26. A proposed Consent Order is attached for Your Honor's review.

           Very respectfully,
           **LAW OFFICES OF THOMAS T. BOOTH, JR., LLC**

        By:  /s/ Thomas T. Booth, Jr.
          Thomas T. Booth, Jr., Esquire

TTB/pmd
Encl.
cc: Client (via email only)
   Alison Galer, Esq. (via ECF only)

*So ordered 6-3-10,*
*/s/ Faith S. Hochberg*
Hon. Faith S. Hochberg, U.S.D.J.